IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FERNANDO SANCHEZ,

      Petitioner,

  -vs-

BRAD CURRY,

      Respondent.                      No. 12-cv-759-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Petitioner's Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order signed by this Court on August 12, 2013, Respondent's Motion to Dismiss (Doc. 13) is **GRANTED** and the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 is **DISMISSED with prejudice**.

                                      NANCY J. ROSENSTENGEL,
                                      CLERK OF COURT

                                      BY:   s/*Sara Jennings*
                                              Deputy Clerk

**Dated:** August 12, 2013

                          David R. Herndon
                          2013.08.12
                          18:09:46 -05'00'

APPROVED:
          CHIEF JUDGE
          U. S. DISTRICT COURT